JENNER&BLOCK LLP

Katya Jestin
Tel +1 212 891 1685
Fax +1 212 909 0818
KJestin@jenner.com

July 31, 2026

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Carone et al.* **(26-cr-177)**

Dear Judge Matsumoto:

We write on behalf of the parties to propose a pretrial motion schedule in the above-referenced matter.

1. The defendant's pre-trial motions, except for motions *in limine*, will be filed by **December 17, 2026**, with opposition papers to be filed by **January 21, 2027,** and reply papers, if any, to be filed by **February 4, 2027**.
2. The parties shall simultaneously file any motions *in limine* by **March 15, 2027**, with opposition papers to be filed by **March 29, 2027**, and reply papers, if any, to be filed by **April 5, 2027.**

Defense counsel and counsel for the government are continuing to confer in respect of other pre-trial deadlines, and request permission to provide an additional proposed schedule by August 7, 2026.

Respectfully submitted,

Katya Jestin

*Counsel for Anthony Carone*