Katya Jestin
Tel +1 212 891 1685
Fax +1 212 909 0818
KJestin@jenner.com

August 7, 2026

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Carone et al.* **(26-cr-177-KAM)**

Dear Judge Matsumoto:

On July 31, the parties in the above-referenced matter submitted a proposed schedule for pretrial motions and motions *in limine* and requested an additional week to confer regarding a schedule for additional pretrial deadlines. ECF No. 91. We now write on behalf of the parties to respectfully propose that the parties adhere to the following deadlines in advance of trial, slated to commence on May 3, 2027:

1. The Defendants' pre-trial motions, except for motions *in limine*, will be filed by **December 17, 2026**, with opposition papers to be filed by **January 21, 2027**, and reply papers, if any, to be filed by **February 4, 2027**.
2. The parties shall simultaneously file any motions *in limine* by **March 15, 2027**, with opposition papers to be filed by **March 29, 2027**, and reply papers, if any, to be filed by **April 5, 2027.**
3. The Government shall file their expert disclosures by **March 15, 2027.**
4. By **March 29, 2027**, the Government shall provide to the Defendants:
   a. Any *Giglio* materials; and
   b. Any materials required to be produced at trial under 18 U.S.C. § 3500.
5. By **March 29, 2027**, the Defendants shall file their expert disclosures.
6. By **April 5, 2027**, the Government shall provide to the Defendants:
   a. Any notices pursuant to Federal Rule of Evidence 404(b); and
   b. The Government's list of exhibits.
7. By **April 12, 2027**, the Government shall provide to the Defendants the Government's list of witnesses.
8. By **April 12, 2027**, the Parties shall simultaneously file:
   a. Requests to charge;
   b. Proposed verdict form; and
   c. Voir dire requests.

9. By **April 12, 2027,** any party who intends to present marked exhibits to the jury in digital form shall meet with the Chief Deputy Clerk for Automation Services and the undersigned judge's case manager to review the available equipment in the courtroom where the trial shall take place and determine what equipment the Court can provide and what equipment the Parties must provide. Counsel shall be accompanied by their audio-visual personnel who will be operating any equipment that will be used at trial. By **April 13, 2027**, the parties shall file a confirmation in writing that this meeting occurred.
10. The final pre-trial conference to occur on **April 26, 2027.**
11. By **April 26, 2027**, the Defendants shall provide to the Government:
    a. Defendants' 26.2 material;
    b. Defendants' list of witnesses; and
    c. Defendants' list of exhibits.

Respectfully submitted,

Katya Jestin

*Counsel for Anthony Carone*