1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

# JENNER&BLOCK LLP

August 11, 2026

Katya Jestin
Tel  +1 212 891 1685
Fax +1 212 909 0818
KJestin@jenner.com

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Carone et al.* **(26-cr-177)**

Dear Judge Matsumoto:

We are seeking a modification of defendant Anthony Carone's Conditions of Release. *See* ECF No. 44. Currently, Mr. Carone's Conditions of Release limit his travel to the Eastern and Southern Districts of New York, and the District of New Jersey. We seek to modify Mr. Carone's Conditions of Release to allow his travel to the Northern District of New York as well as to the Southern District of Florida, where Mr. Carone's mother resides in Boca Raton.

Mr. Carone's sureties, Pretrial Services, and the Government each consent to the modification to include travel to the Northern District of New York.  Mr. Carone's sureties and Pretrial Services have also consented to the inclusion of travel to the Southern District of Florida in the proposed modification.  The Government, however, does not and has stated that Mr. Carone should be required to request permission on a case-by-case basis before traveling to the Southern District of Florida.

We respectfully request that the Court defer to the judgment of Pretrial Services and grant Mr. Carone's requested modification in full.   In the event the Court denies Mr. Carone's request to modify his conditions to include the Southern District of Florida, we propose in the alternative that the Court grant Pretrial Services the discretion to authorize travel to that District without further order by the Court.

Respectfully submitted,

Katya Jestin
*Counsel for Anthony Carone*

CENTURY CITY   CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, DC          JENNER.COM