

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| CMM/SKW/AT/EWS/MOM | *271 Cadman Plaza East* |
| F. #2024R00298 | *Brooklyn, New York 11201* |

August 13, 2026

By ECF & E-mail

The Honorable Kiyo A. Matsumoto
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Anthony J. Carone, et al.
> Criminal Docket No. 26-177 (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter as ordered by the Court in response to the defendant Anthony Carone's application to remove his bond condition requiring him to obtain permission from Pretrial Services and the Court before traveling outside the Eastern District of New York, Southern District of New York, and District of New Jersey, where Mr. Carone lives and purports to work.

The government consents to expanding Mr. Carone's travel to the Northern District of New York. Because Mr. Carone does not have a residence or office in the Southern District of Florida, the government respectfully requests that, at the least, Mr. Carone notify Pretrial Services and obtain their permission before leaving New York and traveling to Florida.

The government remains available to answer any additional questions from the Court.

Respectfully submitted,

MICHAEL G. CONSIDINE
Acting Attorney for the United States Acting under Authority Conferred by 28 U.S.C. § 515

By: _____/s/_____
Catherine Mirabile
Sara K. Winik
Adam Toporovsky
Eric Silverberg
Michael McGuinness
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (KAM) (by ECF)
       Counsel of Record (by ECF)

2