**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

CMM/SKW/AT/EWS/MOM
F. #2024R00298

September 1, 2026

By ECF, E-Mail, and Hard Drive

Katya Jestin, Esq.
Andrew Rohrbach, Esq.
John Arlia, Esq.
Kendra L. Wharton, Esq.
*Counsel for Anthony J. Carone*

Andrew D. Goldstein, Esq.
Russell Capone, Esq.
Arthur L. Aidala, Esq.
Marc A. Agnifilo, Esq.
Karen Friedman Agnifilo, Esq.
Zach Intrater, Esq.
Jacob Kaplan, Esq.
*Counsel for Frank V. Carone*

John F. Carman, Esq.
*Counsel for Crystal Chen*

Stephen P. Scaring, Esq.
Matthew Whitney Brissenden, Esq.
J. Bruce Maffeo, Esq.
*Counsel for Yan Po Zhu*

Re: United States v. Carone, et al.
Criminal Docket No. 26-177 (KAM)

Dear Counsel:

Enclosed is an index setting forth supplemental discovery materials being produced in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being produced pursuant to the protective order entered by the Court on July 8, 2026. ECF No. 76. Pursuant to the terms of the protective order, some of the material has been designated as either Sensitive Discovery Material ("SDM") or Attorneys' Eyes Only Material ("AEO") and should be handled accordingly. You may examine the physical evidence discoverable under

Rule 16, including original documents, by calling us to arrange a mutually convenient time. The government requests reciprocal discovery from the defendants.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

MICHAEL G. CONSIDINE
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By: /s/
Catherine M. Mirabile
Sara K. Winik
Adam R. Toporovsky
Eric Silverberg
Michael McGuinness
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

c.c. Clerk of Court (without enclosure) (by ECF)