Cooley

Andrew D. Goldstein
+1 202 842 7805
agoldstein@cooley.com

Russell Capone
+1 212 479 6580
rcapone@cooley.com

September 14, 2026

**VIA ECF**
Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

**Re: *United States v. Carone et al.* (26-cr-177)**

Dear Judge Matsumoto:

Pursuant to Rule III.E of your Honor's Chamber Practices, Defendants respectfully request oral argument on their Motion for a Bill of Particulars, ECF No. 104 (the "Motion"), at a date and time convenient for the Court. As set forth in Defendants' submissions in support of the Motion, the Court's decision on the Motion will help determine whether Defendants file a motion to dismiss certain counts of the Indictment. Accordingly, if oral argument or a decision on the Motion falls after the deadline for filing pre-trial motions (October 2, 2026), Defendants respectfully request that they be permitted to file any motion to dismiss within a reasonable time thereafter.

Respectfully submitted,

*/s/ Andrew D. Goldstein*
Andrew D. Goldstein

*/s/ Russell Capone*
Russell Capone

cc: All Counsel via ECF