Cooley

Andrew D. Goldstein
+1 202 842 7805
agoldstein@cooley.com

Russell Capone
+1 212 479 6580
rcapone@cooley.com

October 1, 2026

**VIA ECF**
Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

**Re: *United States v. Carone et al.* (26-cr-177)**

Dear Judge Matsumoto:

Defendants respectfully submit this letter to request a limited extension of the October 2, 2026 motions deadline, *see* ECF No. 97, to assess and, if necessary, prepare for the filing of additional pre-trial motions based on information the government recently provided to Defendants.

Specifically, within the past eight days, Defendants have received two disclosures of critical information from the government. On September 23, 2026, the government provided a letter disclosing additional *Brady* material that summarized exculpatory statements from two central witnesses. It appears that all of the information in the government's September 23 letter was available to the government at the time of its initial July 26, 2026 disclosure of *Brady* material, and indeed, the information appears to have been in the government's possession since prior to the Indictment. Last night, the government also provided counsel for Frank Carone and Anthony Carone information that is directly relevant to the propriety of the Indictment's obstruction of justice count.

We are considering the import of the newly disclosed information and whether any additional motions may be warranted. Based on the existing schedule set by the Court, Defendants intend to file tomorrow (October 2, 2026) a joint motion to dismiss the Indictment; counsel for Frank Carone intends to file a motion to suppress and for a *Franks* hearing; and counsel for Yan Po Zhu intends to file a motion to suppress.

In light of the newly disclosed information, Defendants respectfully request that the Court permit the filing of any additional motions based in whole or part on the newly disclosed information after October 2, 2026, on a schedule convenient for the Court.

Defendants have conferred with counsel for the government, who do not object to this request.

Sincerely,

*/s/ Andrew D. Goldstein*
Andrew D. Goldstein

*/s/ Russell Capone*
Russell Capone

cc: All Counsel via ECF